DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ANTONIO D. MILLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1191

_____

September 13, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Antonio D. Miller, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.